U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 13 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **VONETTA WILLIAMS** | : | **DOCKET NO. 2:08-cv-1059** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **CITY OF DERIDDER, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendant Parish of Beauregard be **DISMISSED WITHOUT PREJUDICE.**

As this is the only defendant remaining in the action, **IT IS FURTHER ORDERED** that plaintiff's Complaint be dismissed without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of April, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE